1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11    ANTHONY A. SHARP,                        Case No.  1:19-cv-01568-DAD-SAB (PC)

12                      Plaintiff,             ORDER REGARDING PLAINTIFF'S "WISH
                                               TO DISMISS THIS ACTION," CONSTRUED
13          v.                                 AS A REQUEST FOR VOLUNTARY
                                               DISMISSAL
14    JACK CARTER,
                                               (ECF No. 7)
15                      Defendant.

16

17          Plaintiff Anthony S. Sharp is a state prisoner proceeding *pro se* in this civil rights action

18    pursuant to 42 U.S.C. § 1983.  On November 18, 2019, Plaintiff filed a document titled

19    "Petitioner Wish to Dismiss this Action," which the Court construes as a request to voluntarily

20    dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

21    (ECF No. 7.)

22          Under Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his

23    action prior to service by the defendant of an answer or a motion for summary judgment."

24    Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted).  No defendant in

25    this action has served an answer or a motion for summary judgment.

26    ///

27    ///

28    ///

                                                   1

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **November 19, 2019**

UNITED STATES MAGISTRATE JUDGE